# United States Bankruptcy Court
## Northern District of Georgia

In re    **Aimon Cooper**                                                                 Case No.    _____
                                        Debtor(s)                                         Chapter     **7**

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I,   **Aimon Cooper**  , hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

■    I am unemployed; or

☐    I am self-employed; or

☐    My employer did not provide pay stubs.

☐    Other
        _____
        _____
        _____

Date   **May 16, 2023**                      Signature   **/s/ Aimon Cooper**
                                                         **Aimon Cooper**
                                                         Debtor

# Signature Certificate

Reference number: AKUVV-JHTEG-DTMCM-SJO5V

| Signer | Timestamp | Signature |
|---|---|---|
| **Aimon Cooper**<br>Email: aimoncooper49@gmail.com | | |
| Sent: | 17 May 2023 00:29:54 UTC | |
| Viewed: | 17 May 2023 00:33:36 UTC | |
| Signed: | 17 May 2023 00:34:07 UTC | |
| **Recipient Verification:** | | IP address: 73.82.60.231 |
| ✔ Email verified | 17 May 2023 00:33:36 UTC | Location: Peachtree Corners, United States |

Document completed by all parties on:
17 May 2023 00:34:07 UTC

Page 1 of 1



Signed with PandaDoc

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.



# Signature Certificate

Reference number: AKUVV-JHTEG-DTMCM-SJO5V

| Signer | Timestamp | Signature |
|---|---|---|
| **Aimon Cooper**<br>Email | | |
| Sent: | 17 May 2023 00:29:54 UTC | |
| Viewed: | 17 May 2023 00:33:36 UTC | |
| Signed: | 17 May 2023 00:34:07 UTC | |
| **Recipient Verification:** | | |
| ✔ Email verified | 17 May 2023 00:33:36 UTC | |

IP address: 73.82.60.231
Location: Peachtree Corners, United States

Document completed by all parties on:
17 May 2023 00:34:07 UTC

Page 1 of 1



Signed with PandaDoc

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.

